

Plaintiff's motion for summary judgment should therefore be denied."

Rule 13(f) of the Federal Rules of Civil Procedure provides:

"*Omitted Counterclaim.* When a pleader fails to set up a counterclaim through oversight, inadvertence, or excusable neglect, or when justice requires, he may by leave of court set up the counterclaim by amendment."

Obviously the District Court found no oversight, no inadvertence nor excusable neglect; it obviously found that justice did not require the allowance of the amendment.

Bearing in mind that the purpose of the Federal Rules of Civil Procedure is to afford the litigant a just, inexpensive and speedy trial of issues, it cannot be said that the District Court abused its discretion in denying defendant leave to file the counterclaim.

We affirm the order denying the motion to file counterclaim.

Affirmed in part; reversed in part.

Mr. Jerry David Anker, Washington, D. C., with whom Mr. Arthur J. Goldberg, Washington, D. C. (both appointed by this court) was on the brief, for appellant.

Mr. Barrington D. Parker, Washington, D. C., with whom Mr. George A. Parker, Washington, D. C., was on the brief, for appellee.

Before PRETTYMAN, Chief Judge, and BAZELON and BASTIAN, Circuit Judges.

---

**Allen WILLIAMS, Appellant,**

v.

**Theo BUFORD, Appellee.**

**No. 14644.**

United States Court of Appeals District of Columbia Circuit.

Argued March 30, 1959.

Decided April 23, 1959.

PER CURIAM.

This is an appeal from a judgment of the District Court in a suit filed by appellant to obtain an accounting from appellee for certain money allegedly entrusted to appellee and for the proceeds from the rental of a rooming house owned by appellant and operated by appellee. The District Court referred the matter to the auditor of that court, who, after extended hearing, filed his report, finding a balance of $156.29 due appellant. Exceptions to the report of the auditor were overruled by the District Court and this appeal followed.

We find no error affecting substantial rights.

Affirmed.